BEFORE:     VIKTOR V. POHORELSKY            DATE:        8/4/15
            U.S. MAGISTRATE JUDGE            START TIME:  4:00 p.m.
                                             END TIME:    5:00 p.m.
DOCKET NO.   CV-14-5107                      JUDGE:       MKB

CASE NAME:   Barua v. Barua et al

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Motion Hearing

APPEARANCES:   Plaintiff    Jared Lefkowitz
               Defendant    Gillian Lewter (BBV/Barua); Nayan Barua (def); Ashley Garman (City)

SCHEDULING AND RULINGS:

1. The motion [38] by counsel for the defendants Nayan Barua and Bandgladesh Buddhist Vihara of New York ("BBV") for leave to withdraw is granted for reasons stated on the record.

2. The motion [41] by Nayan Barua for the court to request counsel is granted.

3. The motion [39] by Nayan Barua for leave to proceed in forma pauperis in support of the application for the court to request counsel is granted.

4. Proceedings in this action are stayed for 45 days to permit the BBV to obtain new counsel.

5. The defendant Nayan Barua shall appear for a deposition on behalf of himself and on behalf of the BBV at **10:00 a.m. on September 25, 2015** at the offices of counsel for the plaintiff: 250 Park Avenue, Suite 2020, New York, New York 10177.

6. Unless and until an attorney appears on their behalf, the addresses of record for Nayan Barua and for the BBV are as follows:

   Nayan Barua                          Bangladesh Buddhist Vihara of NY
   86-51 91st Street                    87-38 112th Street
   Woodhaven, New York 11421            Richmond Hill, New York 11418

7. The next conference will be held on **October 21, 2015 at 11:00 a.m.**